UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GLORIA STRODE, ) | |
|     Plaintiff, ) | |
| ) | |
|   vs. ) | 1:09-cv-64-WTL-TAB |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Adminsitration, ) | |
|     Defendant. ) | |

**ADOPTION OF REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Commissioner's decision is reversed and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

Dated: 02/24/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
mulvany@onet.net